# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 04-1269

_____

Robbie Del James Roberson,        *
       *
       Appellant,        *
       *    Appeal from the United States
     v.        *    District Court for the District
       *    of North Dakota.
Dr. Patrick Goodman; Elaine Little;    *
Timothy Schuetzle; Cathy Bachmeier,    *      [UNPUBLISHED]
RN,        *
       *
       Appellees.        *

_____

Submitted: December 7, 2004
Filed: December 10, 2004

_____

Before MURPHY, FAGG, and SMITH, Circuit Judges.

_____

PER CURIAM.

Robbie Del James Roberson appeals the district court's[*] adverse grant of summary judgment in Roberson's 42 U.S.C. § 1983 action. Having carefully reviewed the record, we conclude the district court properly dismissed Roberson's action on summary judgment. Thus, we affirm the judgment of the district court. See 8th Cir. R. 47B.

_____

_____

[*]The Honorable Daniel L Hovland, Chief Judge, United States District Court for the District North Dakota.